IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. 23 C 4519 |
| GLASS MANAGEMENT SERVICES, INC., | ) | |
| an Illinois corporation, d/b/a U.S. | ) | JUDGE LINDSAY C. JENKINS |
| ARCHITECTURAL GLASS & METAL, | ) | |
| | ) | |
| Defendant. | ) | |

## **PLAINTIFFS' STATUS REPORT**

Plaintiffs, SMART Local 265 Welfare Fund, *et al.*, by their attorneys and pursuant to this Court's February 20, 2024 Order [Dkt. 26], for their Status Report, state as follows:

On February 16, 2024, Plaintiffs reported to the Court that they were waiting for Defendant to sign a Settlement Agreement. The Plaintiffs further stated that if the Agreement was not executed and returned within two (2) weeks, the Plaintiffs would proceed with a motion for entry of judgment. On or about February 20, 2024, Plaintiffs received a partially executed Agreement and the first payment due pursuant to the Agreement. Subsequent to receipt of the partially executed Agreement and first payment, Plaintiffs learned that there was an error related to interest in the Agreement. Plaintiffs requested that Defendant agree to correct the error before the Plaintiffs execute the Agreement. Defendant's counsel represented that she would discuss the error with her client and confirm whether the client would agree to revise the Agreement to correct the error.

On or around March 6, 2024, counsel for Defendant advised that she would contact Plaintiffs' counsel on Defendant's position on the correction the following day. Counsel for Defendant did not contact Plaintiffs' counsel the following day. On March 14, 2024, counsel for

Defendant left a voicemail message with Plaintiffs' counsel indicating that the matter had not yet been resolved with her client. Despite several requests for updates since March 14, 2024, Plaintiffs' counsel has not heard from Defendant's counsel.

      Accordingly, Plaintiffs will reinitiate proceeding with a motion for entry of judgment to be filed in the next two (2) weeks.

Respectfully submitted,

*/s/ Catherine M. Chapman*
One of the Attorneys for Plaintiffs

Dated: March 20, 2024

Attorneys for Plaintiffs:

Catherine M. Chapman
Destiny A. Collins
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: (312) 216-2565; Facsimile: (312) 236-0241
Email: cchapman@baumsigman.com
I:\265J\Glass Management\Status Report 3.20.24 cmc.kp.docx