IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 23 C 4519 |
| GLASS MANAGEMENT SERVICES, INC., ) | |
| an Illinois corporation, d/b/a U.S. ) | JUDGE LINDSAY C. JENKINS |
| ARCHITECTURAL GLASS & METAL, ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL

Plaintiffs, SMART Local 265 Welfare Fund, *et al.*, and Defendant, Glass Management Services, Inc., an Illinois corporation, d/b/a U.S. Architectural Glass & Metal, by and through their respective attorneys, hereby file this Motion for Entry of Agreed Order of Dismissal, through which the Court would retain jurisdiction to enforce the terms of the Settlement and Release Agreement entered into by the parties on April 2, 2024.

| | |
|---|---|
| /s/   Catherine M. Chapman | /s/   Megan M. Moore |
| | |
| Catherine M. Chapman | Megan M. Moore |
| Attorney for Plaintiffs | Attorney for Defendant |
| Baum Sigman Auerbach & Neuman, Ltd. | Allocco, Miller & Cahill, P.C. |
| 200 West Adams Street, Suite 1825 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, IL   60606-5250 | Chicago, IL   60606 |
| Bar No.: 6204026 | Bar No.: 6257521 |
| Telephone:  (312) 216-2565 | Telephone: (312) 675-4601 x. 303 |
| Facsimile:  (312) 236-0241 | Facsimile: (312) |
| Email: cchapman@baumsigman.com | Email: mmm@alloccomiller.com |