IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al*., | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CIVIL ACTION<br>)<br>) NO. 23 C 4519 |
| GLASS MANAGEMENT SERVICES, INC.,<br>an Illinois corporation, d/b/a U.S.<br>ARCHITECTURAL GLASS & METAL, | )<br>) JUDGE LINDSAY C. JENKINS<br>)<br>) |
| Defendant. | )<br>) |

## AGREED ORDER OF DISMISSAL

Plaintiffs, SMART LOCAL 265 WELFARE FUND, *et al*., and Defendant, GLASS MANAGEMENT SERVICES, INC., an Illinois corporation, d/b/a U.S. ARCHITECTURAL GLASS & METAL, hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The partis request the Court to retain jurisdiction to enforce the terms of their Settlement and Release agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

IT IS HEREBY ORDERED:

1. The parties shall comply with the Settlement and Release Agreement dated April 2, 2024. The parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this Order to be specific in terms or to describe in reasonable detail and without reference to the Settlement and Release Agreement, the act or acts to be restrained.

2. By consent of the parties, the Court shall try to retain jurisdiction for the purpose of enforcing the terms of the Settlement and Release Agreement.

3. This case is dismissed without prejudice with leave to reinstate on or before February 20, 2025, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the court. Each party shall bear its own attorneys' fees and costs.

4. In the event a Motion to Reinstate or Motion to Enforce Settlement is not filed on or before February 20, 2025, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorneys' fees and costs.

ENTERED:

_____
Lindsay C. Jenkins
UNITED STATES DISTRICT JUDGE

23-cv-4519

We hereby agree to the entry of this Order:

| /s/ Catherine M. Chapman | /s/ Megan M. Moore |
|---|---|
| Catherine M. Chapman | Megan M. Moore |
| Attorney for the Plaintiffs | Attorney for Defendants |
| Baum Sigman Auerbach & Neuman, Ltd. | Allocco, Miller & Cahill, P.C. |
| 200 West Adams Street, Suite 1825 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, IL 60606-5250 | Chicago, IL 60606 |
| Bar No.: 6204026 | Bar No. 6257521 |
| Telephone: (312) 216-2565 | Telephone: (312) 675-4601 ext. 303 |
| Facsimile: (312) 236-0241 | E-Mail: mmm@alloccomiller.com |
| E-Mail: cchapman@baumsigman.com | |

I:\265J\Glass Management\Agreed order of dismissal 4.11.24 dac.df.docx